IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL E. JANSEN, | ) | No. C 13-0250 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. The acts of which Plaintiff complains occurred at California Correctional Center at Susanville, which is located in the Eastern District of California. Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED:  4/3/13

LUCY H. KOH
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.LHK\CR.13\Jansen909trans.wpd