IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. JANSEN,

    Plaintiff,                      No. 2:13-0698-KJN-P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
et al.,

    Defendants.                ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On April 17, 2013, upon screening the complaint, the undersigned filed findings and recommendations, recommending dismissal of this action because duplicative of another action pending in this court. (ECF No. 9.) The findings and recommendations were served on plaintiff, and contained notice that any objections were to be filed within fourteen days. Plaintiff filed no objections. Moreover, on April 19, 2013, plaintiff consented to the jurisdiction of the undersigned magistrate judge for all purposes.[1]

---

[1] This matter was initially and routinely referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), and Local Rule 302. Plaintiff thereafter consented to the jurisdiction of the undersigned magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 305(a). (See ECF No. 10.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Due to plaintiff's consent to the jurisdiction of the undersigned magistrate judge for all purposes, the Clerk of Court is directed to rescind the assignment of this case to a district judge.

2. The findings and recommendations filed April 17, 2013, are construed as an order.

3. This action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED: June 18, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jans0698.800

2